1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ANDREW STANLEY JACLA,

11              Plaintiff,                     No. 2:08-cv-3049 JFM (PC)

12        vs.

13    SOLANO COUNTY SHERIFF, et al.,

14              Defendants.                    <u>ORDER</u>

15    _____/

16              Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action

17    pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis

18    pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to

19    proceed in forma pauperis on the form used by this district.  Use of the form assists plaintiff to

20    establish and the court to evaluate plaintiff's in forma pauperis status in light of 28 U.S.C. § 1915

21    (b)(1) and (2).  Accordingly, plaintiff's application will be dismissed and plaintiff will be

22    provided the opportunity to submit the application on the appropriate form.  Plaintiff is cautioned

23    that he must also provide a certified copy of his prison trust account statement for the six month

24    period immediately preceding the filing of his complaint.

25    /////

26    /////

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff's application to proceed in forma pauperis is dismissed without

3    prejudice;

4    2.  The Clerk of the Court is directed to send plaintiff a new Application to

5    Proceed In Forma Pauperis By a Prisoner; and

6    3.  Plaintiff shall submit, within thirty days from the date of this order, a

7    completed application to proceed in forma pauperis.  Plaintiff's failure to comply with this order

8    will result in a recommendation that this action be dismissed without prejudice.

9    DATED:  January 5, 2009.

10

11

12    UNITED STATES MAGISTRATE JUDGE

13    /mp/001
      jacl3049.3djfm

14

15

16

17

18

19

20

21

22

23

24

25

26

2