IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW STANLEY JACLA,

    Plaintiff,                  No. 2:08-cv-3049 JFM (PC)

    vs.

SOLANO COUNTY SHERIFF, et al.,

    Defendants.              ORDER

                               /

          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his original complaint on December 16, 2008. On December 29, 2008, plaintiff filed a signed consent to have United States Magistrate Judge conduct all proceedings in this case. See 28 U.S.C. § 636(c). No other parties have appeared in this action. For the reasons set forth in this order, the court will not order service of process on any defendant.

          By order filed January 28, 2009, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

/////

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: March 26, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; jacl3049.dm